UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                    Government,         :         16 CR. 500 (RMB)
                                           :
      - against -                         :         **ORDER**
                                           :
ELEELIN DIAZ,                              :
                                           :
                    Defendant.          :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, September 25, 2025 at 10:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 156 281 469#

Dated: September 10, 2025
       New York, NY

                                                         *Richard M. Berman*
                                             **RICHARD M. BERMAN**
                                                       **U.S.D.J.**