**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                        :
                          Government,   :   16 CR. 500 (RMB)
                                        :
        - against -                   :   **ORDER**
                                        :
ELEELIN DIAZ,                            :
                                        :
                          Defendant.    :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, October 29, 2025 at 10:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 652 031 19#

Dated: October 22, 2025
       New York, NY

                                                              _Richard M. Berman_
                                                     **RICHARD M. BERMAN**
                                                               **U.S.D.J.**