**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ELEELIN DIAZ,<br><br>Defendant. | 16-CR-500 (RMB)<br><br>**ORDER** |

The Court hereby orders and directs that Mr. Eleelin Diaz's term of supervised release is terminated early and effective today, October 29, 2025. *See* Tr. of Hrg. held on Oct. 29, 2025. Mr. Diaz will have completed over four years of supervised release.

The decision to grant early termination of supervised release is within the discretion of the district court. *See United States v. Sheckley*, 1997 WL 701370, at *1 (2d Cir. 1997) (citing *United States v. Lussier*, 104 F.3d 32, 36 (2d Cir. 1997)). Under 18 U.S.C. § 3583(e), the Court must first consider the relevant sentencing factors set forth in 18 U.S.C § 3553(a). Those factors include the nature and circumstances of the offense, the history and characteristics of the defendants, and the need for deterrence and rehabilitation. *See* 18 U.S.C § 3553(a). After considering the sentencing factors, the Court "may . . . terminate a term of supervised release . . . at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." *See* 18 U.S.C. § 3583(e)(1). Mr. Diaz early termination is based upon, among other things, his positive achievements in supervision, including (weekly) counseling, employment, and family support.

In the interest of justice, Mr. Diaz is granted early termination.

On June 12, 2025, the Probation Officer submitted a request for early termination of supervised release. She reports that Mr. Diaz has been doing "exceptionally well" and that he is "a great candidate for early termination." *See* Tr. of Hrg. held on Oct. 29, 2025. According to probation and Mr. Diaz entire "team" of supporters, and especially his counselors, Mr. Diaz has been compliant with all of the requirements of supervision. *Id.* Mr. Diaz "self-enrolled" in substance treatment and weekly therapeutic counseling. *Id.* Mr. Diaz probation officer, counselors, and therapist unanimously report that he is "goal-directed." *Id.* And, that he has demonstrated "willingness and initiative to better himself." *Id.* Mr. Diaz maintains full-time employment as an electrician's helper, and he also pursues an interest in phlebotomy. *Id.*

In sum, Eleelin Diaz has conducted himself in an exemplary fashion and has met all of the requirements of early termination of supervision.

Date: October 29, 2025
New York, New York

RICHARD M. BERMAN, U.S.D.J.

# Certificate of Completion of Supervised Release

To acknowledge fulfillment of the terms and conditions of Eleelin Diaz's supervised release, and his dedication. Mr. Diaz's supervised release obligations are successfully completed.

Congratulations for a job well done.

October 29, 2025

*Richard M. Berman*
Richard M. Berman
U.S. District Judge